

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

| | |
|---|---|
| Lane A. Haygood, | * From the 358th District Court of Ector County, Trial Court No. D-23-10-1115-CV. |
| Vs. No. 11-24-00101-CV | * September 25, 2025 |
| Yverica Serrano, | * Memorandum Opinion by Williams, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.) |

This court has inspected the record in this cause and concludes that there was reversible error in the denial of Yverica Serrano's motion to dismiss pursuant to the Texas Citizens Participation Act. Therefore, in accordance with this court's opinion, we affirm the trial court's denial of Lane A. Haygood's motion to dismiss pursuant to the TCPA. We reverse the trial court's denial of Yverica Serrano's motion to dismiss pursuant to the TCPA, we render judgment dismissing with prejudice Lane A. Haygood's counterclaims for malicious prosecution and quantum meruit, and we remand this cause to the trial court for a determination of the amount of attorney's fees, costs, and, if applicable, sanctions to be awarded to Yverica Serrano. To the extent the parties' have appealed the trial court's "denial" of their respective Rule 91a motions, we dismiss that portion of the appeal for want of jurisdiction. The costs incurred by reason of this appeal are taxed against Lane A. Haygood.